# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0249. STEVEN COLLINS v. THE STATE.**

In 2015, Steven Collins pleaded guilty to 11 counts of theft by taking, and the trial court sentenced him as a recidivist. In 2017, he filed a "Motion to Correct Void Sentence," challenging his recidivist sentence. On August 31, 2017, the trial court denied Collins's motion, and he filed the instant appeal on October 3, 2017.

Pretermitting whether the trial court's order is directly appealable, we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Collins filed his notice of appeal 33 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, and which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/03/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.